JUN 26 2023 PM 2:46
FILED - USDC - BPT - CT

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Timothy Monroe

v.

New Neighborhoods, INC.
John P. Giovannucci
+
Mirela Aleksandrova

Case No. _____
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. Timothy Monroe (Plaintiff) is a citizen of Connecticut (State) who presently resides at 695 Park Ave. #416; Bridgeport, CT. 06604 (mailing address)

2. Defendant John P. Giovannucci (name of first defendant) is a citizen of Connecticut (State) whose address is 206 Juniper Rd. Southington, CT. 06489

3. Defendant **Mirela Aleksandrova** is a citizen of **Connecticut**
   (name of second defendant)                        (State)

whose address is **695 Park Ave. Bridgeport, CT. 06604**

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

I, Timothy Monroe solemly say that on or about 11/2023 my Federal mail pertaining to Government Social Security mail was stolen out of my resident mailbox in the common space and in the process of a survailence camera in full focus of mailbox. It might of been in the mailroom of which the mail man stuffs the mailboxes. The said mail was

2

on June 26, 2023, I filed Lafayette Blvd. at 1:00 pm local office at 915 I went to the I.R.S. been honored. This day number that never has and obtained a claim with the post master Bridgeport, Ct. I filed post office on Middle St. crime as well as the local ct. knows all about this, the police of Bridgeport, the Franklin-Eleanor Apts, that views all areas in on the computer's modern This all can be found out glued back together, approx. 1 1/2 months later, returned back to my mailbox

the crime with them and am submitting a document stamped along with this complaint of said crime. I was told that a tax return was submitted and now I am looking to be heard in the Federal Court. I am hoping that an arrest will be made of my Identity being stolen. Thank you for your concern!!!

Timothy C. Monroe

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** I am asking according to the nature of the case to be heard in front of the bench of a Federal Judge,

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

I've been the victim of serious retalliations as a result of the two managing defendants named above.

**Claim II:** _____

Supporting Facts:

3

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

monetary awards and Justice Served as soon as possible.

### F. JURY DEMAND

Do you wish to have a jury trial? (Yes)    No

_Timothy Monroe_
_____  
Original signature of attorney (if any)   Plaintiff's Original Signature

_____   Printed Name
Printed Name                    Timothy Monroe

( )                             (475) 283-8551
Attorney's full address and telephone   Plaintiff's full address and telephone
                                695 Park Ave. #416
                                Bridgeport, CT. 06604
Email address if available      Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  915 Lafayette Blvd.  on  6/26/2023
             (location)                (date)

_Timothy Monroe_
Plaintiff's Original Signature

(Rev.3/29/16)

5

| Form **14039** (April 2017) | Department of the Treasury - Internal Revenue Service **Identity Theft Affidavit** | OMB Number 1545-2139 |
|---|---|---|

Complete this form if you need the IRS to mark an account to identify questionable activity.

**Section A** - Check the following boxes in this section that apply to the specific situation you are reporting *(Required for all filers)*

- [x] 1. I am submitting this Form 14039 for myself
- [ ] 2. This Form 14039 is submitted in response to a 'Notice' or 'Letter' received from the IRS
  - Please provide 'Notice' or 'Letter' number(s) on the **line to the right** _____
  - Please check box 1 in Section B and see special mailing and faxing instructions on reverse side of this form.
- [ ] 3. I am submitting this Form 14039 on behalf of my 'dependent child or dependent relative'
  - Please complete **Section E** on reverse side of this form.
  - **Caution:** If filing this on behalf of your 'dependent child or dependent relative', filing this form will protect his or her tax account but it will **not** prevent the victim in **Section C** below from being claimed as a dependent by another person.
- [ ] 4. I am submitting this Form 14039 on behalf of another person *(other than my dependent child or dependent relative)*
  - Please complete **Section E** on reverse side of this form.

**Section B – Reason For Filing This Form** *(Required)*

Check only **ONE** of the following boxes that apply to the person listed in **Section C** below.

- [ ] 1. Someone used my information to file taxes
- [x] 2. I don't know if someone used my information to file taxes, but I'm a victim of identity theft

**Please provide an explanation** of the identity theft issue, how you became aware of it and provide relevant dates. If needed, please attach additional information and/or pages to this form.

New Neighborhoods, Inc. has stolen my Identity and went into my bank account as far as many others in my dwelling space (Franklin-Eleanor Apts.) 695 Park Ave. #416 Bridgeport, CT. 06604. I am asking to have company Audited.

**Section C – Name and Contact Information of Identity Theft Victim** *(Required)*

| Victim's last name | First name | Middle initial | Taxpayer Identification Number *(Please provide 9-digit Social Security Number)* |
|---|---|---|---|
| Monroe | Timothy | C. | 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 |

Current mailing address *(apartment or suite number and street, or P.O. Box)* If deceased, please provide last known address
695 Park Ave. #416

| Current city | State | ZIP code |
|---|---|---|
| Bridgeport | CT. | 06604 |

| Tax Year(s) you experienced identity theft (if not known, enter 'Unknown' in one box below) | | | | What is the last year you filed a return |
|---|---|---|---|---|
| 2019 | | | | 30 YEARS AGO |

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
BRIDGEPORT, CT 06604
JUN 26 2023
RECEIVED
12404

| Address used on last filed tax return *(If different than 'Current')* | Names used on last filed tax return *(If different than 'Current')* |
|---|---|
| N/A | |

| City *(on last tax return filed)* | | State | ZIP code |
|---|---|---|---|

| Telephone number with area code *(Optional: if deceased, please indicate 'Deceased')* | Best time(s) to call |
|---|---|
| Home telephone number | Cell phone number (475) 283-8551 | 9 AM 5 PM |

Language in which you would like to be contacted  [x] English   [ ] Spanish

**Section D – Penalty of Perjury Statement and Signature** *(Required)*   Timothy C. Monroe

Under penalty of perjury, I declare that, to the best of my knowledge and belief, the information entered on this Form 14039 is true, correct, complete, and made in good faith.

| Signature of taxpayer, or representative, conservator, parent or guardian | Date signed |
|---|---|
| Timothy C Monroe | 6-26-23 |

Submit this completed form to either the mailing address **or** the FAX number provided on the reverse side of this form.

Catalog Number 52525A   www.irs.gov   Form **14039** (Rev. 4-2017)